OPINION — AG — **** THE BUY AMERICAN ACT IS LEGALLY VALID **** THE "BUY AMERICAN ACT" IS VALID AND LEGAL. USING THE "BUY AMERICAN ACT" IN YOUR PURCHASING PROGRAM IS WITHIN THE STATE LAW PROVIDED A FOREIGN PRODUCT IS NOT SUBSTANTIALLY CHEAPER OR IS OF NOT SUBSTANTIALLY SUPERIOR QUALITY AT A COMPETITIVE PRICE. CITE: 61 O.S. 1971 51 [61-51], 61 O.S. 1971 62 [61-62], ARTICLE I, SECTION 8 (TODD MARKUM)